AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-cr-00378 |
| **KEVIN A. TUCK** | ) Assigned To : Judge Timothy J. Kelly |
|  | ) Assign. Date : 7/7/2021 |
|  | ) Description: SUPERSEDING INDICTMENT (B) |
| *Defendant* | ) Related Case: 21-cr-378(TJK) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **KEVIN A. TUCK**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding, Aiding and Abetting); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(B) (Entering and Remaining in the Gallery of Congress); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 07/07/2021

*Issuing officer's signature*
G. Michael Harvey
2021.07.07 18:11:09 -04'00'

City and state:   Washington D.C.

Laurence Pierre-Louis   Digitally signed by Laurence Pierre-Louis   Date: 2021.07.08 12:59:55 -04'00'

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

---

### Return

This warrant was received on *(date)* 7/7/21, and the person was arrested on *(date)* 7/15/21
at *(city and state)* Windermere, Florida.

Date: 7/16/21

*Arresting officer's signature*

SA James Majeski
*Printed name and title*