UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case Nos.   21-CR-378-4 (TJK) |
| | : | 21-CR-378-5 (TJK) |
| KEVIN A. TUCK and | : | |
| NATHANIEL A. TUCK, | : | |
| | : | |
| Defendants. | : | |

**GOVERNMENT'S NOTICE
REGARDING DISCOVERY CORRESPONDENCE AS TO
DEFENDANTS KEVIN A. TUCK AND NATHANIEL A. TUCK**

The United States of America, by and through undersigned counsel, respectfully submits this notice of its correspondence to defense counsel regarding discovery productions to date to defendants Kevin A. Tuck and Nathaniel A. Tuck. Filed as an attachment to this notice is redacted correspondence[1] dated September 1 and 10, 2021, to the defendants' counsel, containing information regarding the items tendered.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Christopher K. Veatch*
CHRISTOPHER K. VEATCH
Assistant United States Attorney, Detailee
IL Bar No. 6276097
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
christopher.veatch@usdoj.gov
(312) 886-3389

---

[1] Unredacted versions of this correspondence were provided to defense counsel and are available for the Court's inspection.