# Veatch, Christopher (USADC)

| | |
|---|---|
| **From:** | Veatch, Christopher (USADC) |
| **Sent:** | Friday, September 10, 2021 12:37 PM |
| **To:** | jpierce@piercebainbridge.com |
| **Cc:** | Ryan Marshall; Dreher, William (USAWAW); Moore, Nadia (USANYE) (NMoore@usa.doj.gov) |
| **Subject:** | RE: U.S. v. Kevin & Nathaniel Tuck - Preliminary Discovery |
| **Attachments:** | N. Tuck - Protective Order Acknowledgment.pdf; K. Tuck - Protective Order Acknowledgment.pdf; 2021.09.10 - Discovery Index (U.S. v. K&N Tuck).pdf |

Dear Counsel,

The Non-Sensitive and Sensitive discovery items referenced in my September 1, 2021 email and related letter have been replaced on USAfx with a version containing Bates numbers and sensitivity designations, as applicable. Attached is an index identifying the items disclosed to date.

Pursuant to the protective order, please make sure your clients execute the attached acknowledgments before they are given access to any Sensitive and Highly Sensitive discovery items.

Please let me know if you have any questions.

Thank you,
Chris

---

**From:** Veatch, Christopher (USADC)
**Sent:** Wednesday, September 1, 2021 11:36 AM
**To:** jpierce@piercebainbridge.com
**Cc:** Ryan Marshall <rmarshall@piercebainbridge.com>; Dreher, William (USAWAW) <WDreher@usa.doj.gov>; Moore, Nadia (USANYE) (NMoore@usa.doj.gov) <NMoore@usa.doj.gov>
**Subject:** U.S. v. Kevin & Nathaniel Tuck - Preliminary Discovery

Dear Counsel,

Please see the attached letter regarding preliminary discovery. In addition, attached are protective order acknowledgments that must be executed by your clients before they may have access to Sensitive and Highly Sensitive discovery items.

Please have your clients sign the respective forms and file them with the Court. Or, you can send them to me and I will file them.

Thank you,
Chris

Christopher K. Veatch
Assistant U.S. Attorney | N.D. of Illinois (on detail to the District of Columbia)
219 S. Dearborn Street, 5th Floor, Chicago, IL 60604 | 312-886-3389 | christopher.veatch@usdoj.gov

# U.S. v. Kevin & Nathaniel Tuck - Discovery Index
## (as of 2021.09.10)

| Protective Order Discovery Type | Item Date | Title | File Name | Bates Number (1st Page) |
|---|---|---|---|---|
| Non-Sensitive | 3/26/2021 | ███ | 0176-TP-3405844_0000002_1A0000001_0000003.mov | RAW FORM |
| Non-Sensitive | 4/5/2021 | ███ | 0176-TP-3405844_0000004_1A0000002_0000002.mp4 | RAW FORM |
| Non-Sensitive | 4/5/2021 | ███ | 0176-TP-3405844_0000004_Redacted.pdf | NS0001 |
| Non-Sensitive | 5/3/2021 | ███ | 0176-TP-3405844_0000008_1A0000004_0000001.zip | RAW FORM |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000009_1A0000002_0000001.PNG | NS0003 |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000009_1A0000002_0000002.PNG | NS0004 |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000009_1A0000002_0000003.PNG | NS0005 |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000010_1A0000005_0000001.html | NS0006 |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000010_1A0000005_0000002.PNG | NS0008 |
| Non-Sensitive | 5/4/2021 | ███ | 0176-TP-3405844_0000010_1A0000005_0000003.html | NS0009 |
| Non-Sensitive | 5/19/2021 | ███ | 0176-TP-3405844_0000012.pdf | NS0011 |
| Non-Sensitive | 5/28/2021 | ███ | 0176-TP-3405844_0000015_1A0000008_0000001.PNG | NS0012 |
| Non-Sensitive | 5/28/2021 | ███ | 0176-TP-3405844_0000015_1A0000008_0000002.PNG | NS0013 |
| Non-Sensitive | 6/3/2021 | ███ | 0176-TP-3405844_0000018.pdf | NS0014 |
| Non-Sensitive | 6/9/2021 | ███ | 0176-TP-3405844_0000020_1A0000012_0000001_PHYSICAL.pdf | NS0015 |
| Non-Sensitive | 6/29/2021 | ███ | 0176-TP-3405844_0000023.pdf | NS0016 |
| Non-Sensitive | 6/29/2021 | ███ | 0176-TP-3405844_0000023_1A0000016_0000001.pdf | NS0017 |
| Non-Sensitive | 6/29/2021 | ███ | 0176-TP-3405844_0000023_1A0000016_0000002_PHYSICAL.pdf | NS0022 |
| Non-Sensitive | 7/1/2021 | ███ | 0176-TP-3405844_0000024_1A0000017_0000001.docx | NS0023 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000025.pdf | NS0026 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000025_1A0000018_0000001.jpg | NS0027 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000026.pdf | NS0029 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000026_1A0000019_0000001.jpg | NS0030 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000027.pdf | NS0031 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000027_1A0000020_0000001.pdf | NS0032 |
| Non-Sensitive | 7/13/2021 | ███ | 0176-TP-3405844_0000027_1A0000020_0000003.pdf | NS0037 |
| Non-Sensitive | 7/15/2021 | ███ | 0176-TP-3405844_0000028.pdf | NS0039 |
| Non-Sensitive | 7/15/2021 | ███ | 0176-TP-3405844_0000028_1A0000021_0000001_PHYSICAL.pdf | NS0040 |
| Non-Sensitive | 7/15/2021 | ███ | 0176-TP-3405844_0000030_1A0000022_0000001.jpg | NS0041 |
| Non-Sensitive | 7/15/2021 | ███ | 0176-TP-3405844_0000031.pdf | NS0042 |
| Non-Sensitive | 7/16/2021 | ███ | 0176-TP-3405844_0000032.pdf | NS0043 |
| Non-Sensitive | 7/19/2021 | ███ | 0176-TP-3405844_0000034.pdf | NS0046 |

Items Subject to Protective Order                                                                                           1

# U.S. v. Kevin & Nathaniel Tuck - Discovery Index
## (as of 2021.09.10)

| Protective Order Discovery Type | Item Date | Title | File Name | Bates Number (1st Page) |
|---|---|---|---|---|
| Non-Sensitive | 7/19/2021 | ■ | 0176-TP-3405844_0000035.pdf | NS0047 |
| Non-Sensitive | 7/19/2021 | ■ | 0176-TP-3405844_0000035_1A0000024_0000003.docx | NS0049 |
| Non-Sensitive | 7/19/2021 | ■ | 0176-TP-3405844_0000035_1A0000024_0000005.docx | NS0054 |
| Non-Sensitive | 7/21/2021 | ■ | 0176-TP-3405844_0000036.pdf | NS0060 |
| Non-Sensitive | 7/22/2021 | ■ | 0176-TP-3405844_0000038.pdf | NS0061 |
| Non-Sensitive | 7/22/2021 | ■ | 0176-TP-3405844_0000039_1A0000010_0000001.pdf | NS0062 |
| Non-Sensitive | 7/26/2021 | ■ | 0176-TP-3405844_0000040_1A0000026_0000001.pdf | NS0086 |
| Non-Sensitive | 7/26/2021 | ■ | 0176-TP-3405844_0000042_1A0000028_0000001.pdf | NS0110 |
| Non-Sensitive | 7/26/2021 | ■ | 0176-TP-3405844_0000042_1A0000028_0000002.pdf | NS0118 |
| Non-Sensitive | 7/28/2021 | ■ | 0176-TP-3405844_0000043_1A0000031_0000001_PHYSICAL.pdf | NS0119 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044.pdf | NS0120 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044_1A0000011_0000001.jpg | NS0121 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044_1A0000011_0000002.jpg | NS0122 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044_1A0000011_0000003_PHYSICAL.pdf | NS0123 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044_1A0000011_0000004.jpg | NS0124 |
| Non-Sensitive | 7/29/2021 | ■ | 0176-TP-3405844_0000044_1A0000011_0000005_PHYSICAL.pdf | NS0125 |
| Non-Sensitive | 8/3/2021 | ■ | 0176-TP-3405844_0000047.pdf | NS0126 |
| Non-Sensitive | 8/3/2021 | ■ | 0176-TP-3405844_0000047_1A0000027_0000001_PHYSICAL.pdf | NS0127 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000055.pdf | NS0129 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000056.pdf | NS0130 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000056_1A0000004_0000001_PHYSICAL.pdf | NS0132 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000057.pdf | NS0133 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000058.pdf | NS0135 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000058_1A0000005_0000001.pdf | NS0136 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000059.pdf | NS0137 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000059_1A0000006_0000001.pdf | NS0138 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000059_1A0000007_0000001.pdf | NS0139 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000059_1A0000008_0000001.jpg | NS0140 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000059_1A0000008_0000002.jpg | NS0141 |
| Non-Sensitive | 8/4/2021 | ■ | 0176-TP-3405844_0000060.pdf | NS0142 |
| Non-Sensitive | 7/15/2021 | ■ | Search Warrrant Images - 4294 Tigris Drive (Non-Sensitive).zip | NS0355 |
| Non-Sensitive | 7/15/2021 | ■ | Search Warrrant Images - 4300 Tigris Drive (Non-Sensitive).zip | NS0143 |
| **Sensitive** | 3/26/2021 | ■ | 0176-TP-3405844_0000002_1A0000001_0000001.pdf | SEN0001 |
| **Sensitive** | 3/26/2021 | ■ | 0176-TP-3405844_0000002_1A0000001_0000002.pdf | SEN0004 |
| **Sensitive** | 3/26/2021 | ■ | 0176-TP-3405844_0000002_1A0000001_0000004.pdf | SEN0008 |

# Items Subject to Protective Order

# U.S. v. Kevin & Nathaniel Tuck - Discovery Index
### (as of 2021.09.10)

| Protective Order Discovery Type | Item Date | Title | File Name | Bates Number (1st Page) |
|---|---|---|---|---|
| Sensitive | 3/26/2021 | | 0176-TP-3405844_0000002_1A0000001_0000005.docx | SEN0011 |
| Sensitive | 3/26/2021 | | 0176-TP-3405844_0000002_1A0000001_0000006.pdf | SEN0022 |
| Sensitive | 3/26/2021 | | 0176-TP-3405844_0000002_1A0000001_0000007.png | SEN0027 |
| Sensitive | 3/26/2021 | | 0176-TP-3405844_0000002_1A0000001_0000008_Redacted.pdf | SEN0028 |
| Sensitive | 3/26/2021 | | 0176-TP-3405844_0000002_1A0000001_0000009.pdf | SEN0059 |
| Sensitive | 5/3/2021 | | 0176-TP-3405844_0000008.pdf | SEN0062 |
| Sensitive | 5/4/2021 | | 0176-TP-3405844_0000009.pdf | SEN0063 |
| Sensitive | 5/4/2021 | | 0176-TP-3405844_0000010.pdf | SEN0065 |
| Sensitive | 5/19/2021 | | 0176-TP-3405844_0000012_1A0000007_0000001.pdf | SEN0067 |
| Sensitive | 5/19/2021 | | 0176-TP-3405844_0000012_1A0000007_0000002.pdf | SEN0115 |
| Sensitive | 5/19/2021 | | 0176-TP-3405844_0000012_1A0000007_0000003.pdf | SEN0125 |
| Sensitive | 5/24/2021 | | 0176-TP-3405844_0000013.pdf | SEN0135 |
| Sensitive | 5/28/2021 | | 0176-TP-3405844_0000015.pdf | SEN0137 |
| Sensitive | 5/28/2021 | | 0176-TP-3405844_0000015_1A0000008_0000003.zip | RAW FORM |
| Sensitive | 6/2/2021 | | 0176-TP-3405844_0000016.pdf | SEN0138 |
| Sensitive | 6/2/2021 | | 0176-TP-3405844_0000016_1A0000009_0000001.zip | RAW FORM |
| Sensitive | 6/3/2021 | | 0176-TP-3405844_0000018_1A0000010_0000001.pdf | SEN0140 |
| Sensitive | 6/3/2021 | | 0176-TP-3405844_0000018_1A0000010_0000002.pdf | SEN0148 |
| Sensitive | 6/3/2021 | | 0176-TP-3405844_0000018_1A0000010_0000003.pdf | SEN0204 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000020.pdf | SEN0215 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000020_1A0000013_0000001.docx | SEN0219 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000021.pdf | SEN0232 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000021_1A0000014_0000001.pdf | SEN0238 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000021_1A0000014_0000002.pdf | SEN0247 |
| Sensitive | 6/9/2021 | | 0176-TP-3405844_0000021_1A0000014_0000003_Redacted.pdf | SEN0257 |
| Sensitive | 7/1/2021 | | 0176-TP-3405844_0000024.pdf | SEN0282 |
| Sensitive | 7/13/2021 | | 0176-TP-3405844_0000027_1A0000020_0000002.pdf | SEN0283 |
| Sensitive | 7/13/2021 | | 0176-TP-3405844_0000027_1A0000020_0000004.pdf | SEN0285 |
| Sensitive | 7/15/2021 | | 0176-TP-3405844_0000030.pdf | SEN0287 |
| Sensitive | 7/15/2021 | | 0176-TP-3405844_0000031_1A0000023_0000001.pdf | SEN0292 |
| Sensitive | 7/19/2021 | | 0176-TP-3405844_0000033.pdf | SEN0400 |

**Items Subject to Protective Order**     3

# U.S. v. Kevin & Nathaniel Tuck - Discovery Index
## (as of 2021.09.10)

| Protective Order Discovery Type | Item Date | Title | File Name | Bates Number (1st Page) |
|---|---|---|---|---|
| Sensitive | 7/19/2021 | | 0176-TP-3405844_0000035_1A0000024_0000001.pdf | SEN0401 |
| Sensitive | 7/19/2021 | | 0176-TP-3405844_0000035_1A0000024_0000002.pdf | SEN0405 |
| Sensitive | 7/19/2021 | | 0176-TP-3405844_0000035_1A0000024_0000004.pdf | SEN0406 |
| Sensitive | 7/21/2021 | | 0176-TP-3405844_0000037.pdf | SEN0407 |
| Sensitive | 7/22/2021 | | 0176-TP-3405844_0000039.pdf | SEN0409 |
| Sensitive | 7/22/2021 | | 0176-TP-3405844_0000039_1A0000009_0000001.MP3 | RAW FORM |
| Sensitive | 7/26/2021 | | 0176-TP-3405844_0000040.pdf | SEN0418 |
| Sensitive | 7/26/2021 | | 0176-TP-3405844_0000040_1A0000025_0000001.xlsx | RAW FORM |
| Sensitive | 7/26/2021 | | 0176-TP-3405844_0000041.pdf | SEN0423 |
| Sensitive | 7/26/2021 | | 0176-TP-3405844_0000041_1A0000027_0000001.xlsx | RAW FORM |
| Sensitive | 7/26/2021 | | 0176-TP-3405844_0000042_Redacted.pdf | SEN0433 |
| Sensitive | 7/28/2021 | | 0176-TP-3405844_0000043.pdf | SEN0440 |
| Sensitive | 7/28/2021 | | 0176-TP-3405844_0000043_1A0000032_0000001.docx | SEN0442 |
| Sensitive | 7/28/2021 | | 0176-TP-3405844_0000043_1A0000032_0000002.docx | SEN0445 |
| Sensitive | 8/4/2021 | | 0176-TP-3405844_0000054.pdf | SEN0447 |
| Sensitive | 4/15/2021 | | 0176-TP-3405844-GJ_0000002.pdf | SEN0449 |
| Sensitive | 4/15/2021 | | 0176-TP-3405844-GJ_0000002_1A0000001_0000001.zip | RAW FORM |
| Sensitive | 4/15/2021 | | 0176-TP-3405844-GJ_0000002_1A0000001_0000002.zip | RAW FORM |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000004.pdf | SEN0450 |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000004_1A0000003_0000001.zip | RAW FORM |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000005.pdf | SEN0452 |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000005_1A0000004_0000002.zip | RAW FORM |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000006.pdf | SEN0454 |
| Sensitive | 5/14/2021 | | 0176-TP-3405844-GJ_0000006_1A0000005_0000002.zip | RAW FORM |
| Sensitive | 5/17/2021 | | 0176-TP-3405844-GJ_0000010.pdf | SEN0457 |
| Sensitive | 5/17/2021 | | 0176-TP-3405844-GJ_0000010_1A0000009_0000001.zip | RAW FORM |
| Sensitive | 5/17/2021 | | 0176-TP-3405844-GJ_0000011.pdf | SEN0459 |
| Sensitive | 5/17/2021 | | 0176-TP-3405844-GJ_0000011_1A0000010_0000001.zip | RAW FORM |
| Sensitive | 5/25/2021 | | 0176-TP-3405844-GJ_0000014.pdf | SEN0461 |
| Sensitive | 5/25/2021 | | 0176-TP-3405844-GJ_0000014_1A0000013_0000001.zip | RAW FORM |

# U.S. v. Kevin & Nathaniel Tuck - Discovery Index
## (as of 2021.09.10)

| Protective Order Discovery Type | Item Date | Title | File Name | Bates Number (1st Page) |
|---|---|---|---|---|
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000016.pdf | SEN0464 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000016_1A0000014_0000001.zip | RAW FORM |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000017.pdf | SEN0466 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000017_1A0000015_0000001.zip | RAW FORM |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000017_1A0000015_0000002.pdf | SEN0467 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000018.pdf | SEN0468 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000018_1A0000016_0000001.zip | RAW FORM |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000018_1A0000017_0000001.zip | RAW FORM |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000019.pdf | SEN0470 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000019_1A0000018_0000001.zip | RAW FORM |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000020.pdf | SEN0472 |
| Sensitive | 7/29/2021 | ■ | 0176-TP-3405844-GJ_0000020_1A0000019_0000001.zip | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0113 USCS 01 Senate Carriage Door-2021-01-06_14h16min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0113 USCS 01 Senate Carriage Door-2021-01-06_14h53min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0114 USCS 01 Senate Carriage Door-2021-01-06_14h16min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0114 USCS 01 Senate Carriage Door-2021-01-06_14h53min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0117 USCS 01 Senate Carriage Door Exterior-2021-01-06_14h16min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0117 USCS 01 Senate Carriage Door Exterior-2021-01-06_14h53min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0202 I USCS 02 Ohio Clock near S230-2021-01-06_14h39min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0204 USCS 02 Room 224-2021-01-06_14h52min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0205 USCS 02 West Stairs near S221-2021-01-06_14h50min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0300 USCS 03 East Corridor near S306-2021-01-06_14h41min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0301 USCS 03 West Corridor near S333-2021-01-06_14h46min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0303 USCS 03 Senate Gallery SE near S309-2021-01-06_14h42min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0304 USCS 03 Senate Gallery SW near S324-2021-01-06_14h43min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0305 USCS 03 Senate Gallery West near S324-2021-01-06_14h51min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0613 USCG 00 North Screening Entrance-2021-01-06_14h17min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0686 USCH 02 Rotunda Door Interior-2021-01-06_14h40min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0686 USCH 02 Rotunda Door Interior-2021-01-06_15h10min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0929 USCG 00 Upper Terrace NE-2021-01-06_14h14min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0930 USCG 00 Upper Terrace NE-2021-01-06_14h14min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 0959 USC 02 Rotunda South-2021-01-06_14h37min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 7029 USCS 02 Rotunda Door Interior-2021-01-06_14h40min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 7029 USCS 02 Rotunda Door Interior-2021-01-06_15h10min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 7216 USCH 02 Rotunda Lobby East Stairs-2021-01-06_14h40min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 7216 USCH 02 Rotunda Lobby East Stairs-2021-01-06_15h10min00s000ms.asf | RAW FORM |
| *Highly Sensitive* | 1/6/2021 | ■ | 7218 USCH 03 Gallery Stairs-2021-01-06_14h40min00s000ms.asf | RAW FORM |

**Items Subject to Protective Order** — 5