UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   Case No. 21-cr-00378-TJK |
| | ) |
| ARTHUR JACKSON, ET AL | ) |
| | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant KEVIN A. TUCK

Dated: May 5, 2022                                          Respectfully Submitted,

                                                                          /s/ William L. Shipley
                                                                         William L. Shipley
                                                                         PO Box 745
                                                                         Kailua, Hawaii 96734
                                                                         Tel: (808) 228-1341
                                                                         Email: 808Shipleylaw@gmail.com

1

## CERTIFICATE OF SERVICE

I, William L. Shipley, hereby certify that on this day, May 5, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

<u>/s/ William L. Shipley</u>
William L. Shipley