**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00378-TJK** |
| | ) | |
| **ARTHUR JACKSON, ET AL** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE ON BEHALF**
**OF DEFENDANT NATHAN AND KEVIN TUCK**

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully

withdraws his appearance for Defendants Kevin and Nathan Tuck in the above-caption matter.

As of May 5, 2022 William L. Shipley has been retained and will be substituting as counsel of

record for Defendants. Mr. Shipley has filed an Appearance of Counsel form in this case and is a

member of the D.DC. bar. As Mr. Shipley will remain as lead counsel, there will be no delay in

these proceedings.

Dated: May 5, 2022                    Respectfully Submitted,


                                      /s/ John M. Pierce
                                      John M. Pierce
                                      21550 Oxnard Street
                                      3d Floor, PMB#172
                                      Woodland Hills, CA 91367
                                      Tel: (213) 279-7846
                                      Email: jpierce@johnpiercelaw.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I, John M. Pierce, hereby certify that on this day, May 5, 2022, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


/s/ John M. Pierce
John M. Pierce