UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>ARTHUR JACKMAN, et al., )<br>)<br>)<br>Defendant )<br>) | Case No. 21-cr-00378-TJK |

# DEFENDANTS KEVIN AND NATHAN TUCK'S MOTION TO RESET CHANGE OF PLEA HEARING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendants Kevin and Nathan Tuck, by and through their undersigned counsel of record William L. Shipley, and respectfully moves this Court to reset Defendants' Change of Plea Hearing.

On July 29, 2024, this Court set a change-of-plea hearing for September 9, 2024 at 9:30 am.

As this Court is aware, undersigned counsel is based in California and Hawaii and does not have an office located in the District of Columbia and only travels to the District for required in-person hearings.

As the time this hearing was set, undersigned was scheduled to be in the District for another matter; however, that matter has since resolved.

Undersigned counsel is scheduled to be in the District from September 5th and 6th.  After consulting with Government Counsel and this Court's calendar, Defendants request this Court to reset the in-person change-of-plea hearing to be reset for September 6th at 9:00 am.

Dated: August 27, 2024            Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com