CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs.  ) <br> ) <br> ) <br> KEVIN A. TUCK ) <br> ) <br> ) | Criminal Case No.: 21-CR-378-4 (TJK) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____        Date: 9/6/24
Timothy J. Kelly
United States District Judge