UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-CR-378 (TJK) |
| | : | |
| **KEVIN TUCK & NATHANIEL TUCK,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANTS KEVIN AND NATHAN TUCK'S MOTION TO CONTINUE ALL MATTERS IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendants Kevin and Nathan Tuck's Motion to Continue All Matters in this Case, ECF No. 220. Kevin Tuck entered a plea of guilty to Count 2 of the Third Superseding Indictment on September 6, 2024. Nathaniel ("Nathan") Tuck entered a plea of guilty to Counts 2 and 7 of the Third Superseding Indictment on the same date. Both defendants are set for sentencing on January 8, 2025. *See* Minute Entries (Sept. 6, 2024). No material change to the facts or law at issue in this case has occurred since the plea agreement hearing, and the government is prepared to proceed with sentencing on January 8, 2025. The Court should therefore deny the defendants' motion.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See United States v. Baker*, No. 24-cr-121 (CRC), Nov. 11, 2024 Minute Order (denying substantively identical motion to continue); *United States v. Johnson*, No. 24-cr-141 (JDB), Nov. 13, 2024 Minute Order (same); *see also, e.g.*, *United States v. Avery*, No. 24-cr-79 (CRC), Nov. 6,

2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *United States v. Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, No. 23-cr-341 (RBW), Nov. 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Heffner*, No. 24-cr-260 (APM), Nov. 11, 2024 Minute Order (denying motion to stay proceedings based on claim of potential clemency). The defendants' citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 278. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendants are private citizens.

For the foregoing reasons, the Court should deny the defendants' motion to continue and proceed with sentencing on January 8, 2025.

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                  United States Attorney
                                  D.C. Bar No. 481052

By:    */s/ Isia Jasiewicz*
        MONIKA (ISIA) JASIEWICZ
        D.C. Bar No. 1024941
        JASON B.A. MCCULLOUGH
        DC Bar No. 998006; NY Bar No. 4544953
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        (202) 858-7233
        isia.jasiewicz@usdoj.gov