UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

KEVIN A. TUCK,

    Defendant.

Case No. 21-cr-378-TJK-4

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that will be provided to the Court and defense counsel, in relation to the government's sentencing memorandum. These exhibits will be offered into evidence during the sentencing hearing.

| Exhibit | Length | Description |
|---------|--------|-------------|
| A | 0:54 | Open source video depicting events on northeast side of the Capitol at approximately 2:16 p.m. |
| B | 7:17 | Open source video depicting events at East Rotunda Doors at approximately 2:40 p.m. |
| C | 1:16 | Open source video depicting events at East Rotunda Doors at approximately 2:40 p.m. |
| D | 0:39 | Open source video depicting events inside East Rotunda Doors shortly after 2:40 p.m. |
| D | 0:34 | Open source video depicting events inside gallery of Senate Chamber at approximately 2:43 p.m. |

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

BY:    */s/ Jason McCullough*
        JASON B.A. MCCULLOUGH

1

        DC Bar No. 998006; NY Bar No. 4544953
        MONIKA (ISIA) JASIEWICZ
        D.C. Bar No. 1024941
        Assistant United States Attorneys
        601 D Street NW
        Washington, DC 20530
        (202) 858-7233
        isia.jasiewicz@usdoj.gov