UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00378-TJK |
| ) | |
| **KEVIN TUCK,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT KEVIN TUCK'S NOTICE OF APPEAL**

> William L. Shipley
> PO Box 745
> Kailua, Hawaii 96734
> Tel: (808) 228-1341
> Email: 808Shipleylaw@gmail.com
> *Attorney for Defendant*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Kevin Tuck, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on January 15, 2025.

Date: January 21, 2025,                    Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com